Hertzler, Appellant, *v.* Hopper Paper Company.

Argued June 14, 1968. *David L. Pennington,* for appellant; *Penrose Hertzler,* for appellees.

Order affirmed.